# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN COOPER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDMUND G. BROWN, et al.,<br><br>　　　　Defendants. | Case No.  1:15-cv-00648-LJO-SAB<br><br>ORDER DENYING STIPULATION TO STAY ACTION AND REQUIRING DEFENDANTS TO FILE A RESPONSIVE PLEADING WITHIN TWENTY DAYS<br><br>(ECF No. 18) |

On September 11, 2015, the parties filed a stipulation to stay this action pending resolution of motions in a related case, Jackson v. State of California, 1:13-cv-01055-LJO-SAB. On September 11, 2015, this action was reassigned to the undersigned.  On September 17, 2015, District Judge Lawrence J. O'Neill issued findings and recommendations in Jackson resolving the outstanding motion.  Accordingly, the Court shall deny the stipulation to stay this action. Defendants shall file a responsive pleading within twenty (20) days from the date of service of this order.

IT IS SO ORDERED.

Dated:  **September 22, 2015**

　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1