# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN COOPER,<br><br>    Plaintiff,<br><br>    v.<br><br>EDMUND G. BROWN, et al.,<br><br>    Defendants. | Case No. 1:15-cv-00648-LJO-SAB<br><br>ORDER DENYING MOTION BY STIPULATION TO STAY ACTION AND REQUIRING DEFENDANTS TO FILE A PLEADING RESPONSIVE TO THE COMPLAINT<br><br>(ECF No. 23) |

On October 14, 2015, the parties filed a joint motion by stipulation to stay these proceedings while the pleadings in the related cases of <u>Jackson, et al. v. Brown, et al.</u>, No. 1:13-cv-01055-LJO-SAB, and <u>Smith, et al. v. Schwarzenegger, et al.</u>, No. 1:14-cv-0060-LJO-SAB, are finalized. On October 16, 2015 the Court conducted a status conference in several of the related cases. During the October 16, 2015 conference, the parties discussed the necessity for a stay and the Court's concern that these actions not stagnant unnecessarily on the Court's docket.

Counsel for Plaintiffs are attempting to resolve how this action will proceed based on the decisions in <u>Jackson</u> and <u>Smith</u> finding that Defendants are entitled to qualified immunity on the Eighth Amendment claims. The parties are discussing how the qualified immunity decision will impact the additional claims that are raised in these actions. Counsel for the parties agreed at the October 16, 2015 hearing that the deadline to file a responsive document in these related cases shall be extended to December 11, 2015 to allow the parties an opportunity to consider their

options due to the qualified immunity findings.  Therefore, the stipulation to stay the proceedings at this time is denied without prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. The motion by stipulation to stay this action is DENIED without prejudice; and
2. Defendants shall file a pleading responsive to the first amended complaint on or before December 11, 2015.

IT IS SO ORDERED.

Dated: **October 19, 2015**

UNITED STATES MAGISTRATE JUDGE