IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MELVIN COOPER, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 1:15-cv-00648-LJO-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING<br><br>(ECF No. 30)<br><br>DEADLINE: JULY 25, 2019 |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendants shall file a pleading responsive to the complaint on or before July 25, 2019.

IT IS SO ORDERED.

Dated: __April 24, 2019__

　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

| | |
|---|---|
| Dated: April 24, 2019 | BOUCHER LLP |
| | */s/ Milin Chun* <br> (as authorized on April 23, 2019) <br> RAYMOND P. BOUCHER <br> HERMEZ MORENO <br> BRIAN M. BUSH <br> *Attorneys for Plaintiff* |
| Dated: April 24, 2019 | XAVIER BECERRA <br> Attorney General of California <br> R. LAWRENCE BRAGG <br> Supervising Deputy Attorney General <br><br> */s/ Jon S. Allin* <br> _____ <br> JON S. ALLIN <br> Supervising Deputy Attorney General <br> *Attorneys for Defendants* <br> *Brown, Schwarzenegger, Beard, Cate,* <br> *Hartley, Mendoza-Powers, and Wofford* |

**IT IS SO ORDERED.**

Dated: _____  _____
United States Magistrate Judge

SA2015302007
13666039.docx